FILED

SEP 14 2005

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**05CR0784**

| | |
|---|---|
| UNITED STATES OF AMERICA ) | No. 05 CR _____ |
| ) | |
| v. ) | |
| ) | Violations: Title 26, United States |
| ) | Code, Sections 7202 and 7206(1). |
| DENNIS MADDEN ) | |

JUDGE NORGLE

MAGISTRATE JUDGE KEYS

## COUNT ONE

The UNITED STATES ATTORNEY charges:

At times material to this information:

1. Integrated Network Technologies, Inc., ("INT") was a registered Illinois corporation with offices located in 925 N. Milwaukee Ave., Wheeling, Illinois. INT was a business engaged in providing technology services to other companies.

2. Defendant DENNIS MADDEN was the president of INT.

3. For the quarter ending on June 30, 2001, defendant DENNIS MADDEN was required to collect, account for, and pay over federal income tax withholdings, Federal Insurance Contribution Act ("FICA") taxes and Medicare withholdings of the employees of INT to the Internal Revenue Service by July 31, 2001.

4. On or about July 31, 2001, in the Northern District of Illinois, Eastern Division,

DENNIS MADDEN,

defendant herein, willfully did fail to collect, account for and pay over to the

Internal Revenue Service approximately $70,792 in federal income tax withholdings, FICA taxes and Medicare withholdings due and owing to the United States of America for the quarter ending June 30, 2001 on wages paid to employees of INT;

In violation of Title 26, United States Code, Section 7202.

## COUNT TWO

The UNITED STATES ATTORNEY further charges:

On or about April 15, 2002, at Wheeling, and elsewhere in the Northern District of Illinois, Eastern Division,

DENNIS MADDEN,

defendant herein, a resident of Riverwoods, Illinois, willfully made and subscribed, and caused to be made and subscribed, a U.S. Individual Income Tax Return (Form 1040 with schedules and attachments), for the calendar year 2000, which return was verified by written declaration that it was made under the penalties of perjury and was filed with the Internal Revenue Service, which income tax return he did not believe to be true and correct as to every material matter, in that said return reported on Line 22 that the total income was $1,864, whereas the defendant then and there well knew and believed that his income exceeded $1,864, in that defendant failed to include additional income of approximately $105,396 he received in 2000 from providing consulting services;

In violation of Title 26, United States Code, Section 7206(1).


_____
UNITED STATES ATTORNEY