FILED

CITATION TO FINANCIAL INSTITUTION IN CRIMINAL CASE

Issued by the

# United States District Court

FEB 1 7 2006

FEB 17 2006
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

### NORTHERN DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA

## THIRD PARTY CITATION TO DISCOVER ASSETS

V.

CASE NUMBER: 05 CR 784-1

Dennis Madden

TO: NetBank, 11475 Great Oaks Way, Suite 100, Alpharetta, GA 30022 Attention: Gloria Edwards

On January 18, 2006, the court entered judgment in favor of the United States and against Dennis Madden , SSN XXX-XX-1215, DOB November 1, 1946 and it remains unsatisfied in the total amount of 510,200.00.

**YOU ARE PROHIBITED** from making or allowing any transfer or other disposition of, or interfering with, any property not exempt from execution or garnishment belonging to the judgment debtor or to which he may be entitled or which may be acquired by or become due to the judgment debtor and from paying over or otherwise disposing of any money not so exempt, which is due or becomes due to judgment debtor, until further order of court or termination of the proceedings. You are required to withhold the payment or transfer of any money or other property no more than twice the amount of the unsatisfied judgment.

**YOUR FAILURE TO APPEAR AND ANSWER AS HEREIN DIRECTED MAY CAUSE YOU TO BE ARRESTED AND BROUGHT BEFORE THE COURT TO ANSWER TO A CHARGE OF CONTEMPT OF COURT, WHICH MAY BE PUNISHABLE BY IMPRISONMENT.**

☐ YOU ARE COMMANDED to appear in the United States District Court at the place, date, and time specified below to be examined under oath to discover assets or income not exempt from the enforcement of the judgment.

| PLACE OF TESTIMONY | COURTROOM | DATE AND TIME |
|---|---|---|
|  |  |  |

☐ YOU ARE COMMANDED to appear in the Office of the United States Attorney at the place, date, and time specified below to be examined under oath to discover assets or income not exempt from the enforcement of the judgment.

| PLACE OF TESTIMONY | DATE AND TIME |
|---|---|
| 230 South Dearborn Street, Suite 3948, Chicago, Illinois 60604 | MARCH 1, 2006 @ 9:30 A.M. |
|  | A timely written answer will make your personal appearance unnecessary. |

☐ YOU ARE COMMANDED to produce and permit inspection and copying of the following documents at the place, date, and time specified above: See attached rider.

### CERTIFICATE OF ATTORNEY

The undersigned certifies under penalties of perjury provided by law (735 ILCS 5/1-109) that on January 18, 2006 judgment was entered against the defendant in the amount of 510,200.00 in the **United States District Court for the Northern District of Illinois** in case number 05 CR 784-1, and the balance now due is $10,200.00.

Melissa A. Childs, Assistant United States Attorney, 219 S. Dearborn Street, 5th Floor, Chicago, Illinois 60604; (312) 353-5331

### MICHAEL W. DOBBINS, Clerk of the District Court

(By) Deputy Clerk

## PROOF OF SERVICE

| | DATE | PLACE |
|---|---|---|
| **SERVED** | 2/15/06 | Chicago, IL |

**SERVED ON (PRINT NAME)**
CITIBANK, ATTN: N. RIVAS

**MANNER OF SERVICE**
CERTIFIED MAIL

**SERVED BY (PRINT NAME)**
DESIREE ROBINSON

**TITLE**
LEGAL ASSISTANT

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that I am over 21 years of age and the foregoing information contained in the Proof of Service is true and correct.

Executed on ___2/17/06___
DATE

SIGNATURE OF SERVER
_Desiree A. Mitchell-Robinson_
_219 South Dearborn Street_
_Chicago Illinois 60604._
ADDRESS OF SERVER

---

**Notice to judgment debtor pursuant to the Illinois Code of Civil Procedure § 2-1402(b)**

### CITATION NOTICE

In the United States District Court
for the Northern District of Illinois
219 S. Dearborn St., Chicago, Illinois

United States,            Judgment Creditor

v.

Dennis Madden ,       Judgment Debtor
                                    1 Columbine Lane
                                    Riverwoods, Illinois 60015

Amount of judgment: $10,200.00

This citation is directed to:  NetBank.

**NOTICE:** The court has issued a citation against the person named above. The citation directs that person to appear at the place designated above to be examined for the purpose of allowing the judgment creditor to discover income and assets belonging to you, the judgment debtor, or in which you, the judgment debtor, has an interest. The citation was issued on the basis of a judgment against you, the judgment debtor, in favor of the judgment creditor in the amount stated above. On or after the date stated above, the court may compel the application of any discovered income or assets toward payment on the judgment.

The amount of income or assets that may be applied toward the judgment for criminal fines and restitution is limited by federal and Illinois law. The JUDGMENT DEBTOR HAS THE RIGHT TO ASSERT STATUTORY EXEMPTIONS AGAINST CERTAIN INCOME OR ASSETS OF THE JUDGMENT DEBTOR WHICH MAY NOT BE USED TO SATISFY THE JUDGMENT IN THE AMOUNT STATED ABOVE.

Under federal law relating to the enforcement of judgments for criminal fines and restitution, the property exempt from levy is:

(1) Wearing apparel and school books necessary for the debtor or for his family;

(2) Fuel, provisions, furniture, and personal effects in the debtor's household, and for personal use, livestock, and poultry of the debtor, as does not exceed $6,250 in value;

(3) Books and tools of a trade, business, or profession, necessary for the trade, business, or profession of the debtor as do not exceed in the aggregate $3,125 in value;

(4) Unemployment benefits payable to an individual with respect to his unemployment (including any portion thereof payable with respect to dependents).

(5) Undelivered mail to any person, which has not been delivered to the addressee.

(6) Certain annuity and pension payments under the Railroad Retirement Act, benefits under the Railroad Unemployment Insurance Act, special pension payments received by a person whose name has been entered on the Army, Navy, Air Force, and Coast Guard Medal of Honor roll, and annuities based on retired or retainer pay under chapter 73 of title 10 of the United States Code.

(7) Workmen's compensation payable to an individual (including any portion thereof payable with respect to dependents) under a workmen's compensation law.

(8) Judgments for support of minor children required by judgment of a court of competent jurisdiction, entered prior to the date of levy, to contribute to the support of his minor children

(9) Certain service-connected disability payments payable to an individual as a service-connected (within the meaning of section 101(16) of title 38, United States Code) disability benefit.

(10) Assistance under Job Training Partnership Act, under the Job Training Partnership Act (29 U.S.C. 1501 et seq.) from funds appropriated pursuant to such Act.

(See 18 U.S.C. § 3613(a) and 26 U.S.C. § 6334.)

THE JUDGMENT DEBTOR HAS THE RIGHT AT THE CITATION HEARING TO DECLARE EXEMPT CERTAIN INCOME OR ASSETS OR BOTH. The judgment debtor also has the right to seek a declaration of an earlier date, by notifying the clerk in writing at 219 S. Dearborn, 20th Floor, Chicago, Illinois 60604. When so notified, the Clerk of the Court will obtain a prompt hearing date from the court and will provide the necessary forms that must be prepared by the judgment debtor or the attorney for the judgment debtor and sent to the judgment creditor and the judgment creditor's attorney regarding the time and location of the hearing.

### Certificate of Mailing

I, **Desiree Mitchell-Robinson**, certify that within three business days of service on the above-named third party citation respondent a copy of this citation to discover assets and citation notice were sent by first class U.S. Mail to the judgment debtor's last known address, which is 1 Columbine Lane , Riverwoods, Illinois 60015.

_Desiree A. Mitchell-Robinson_

**Rider to the Third Party Citation to**
**Discover Assets served on NN**
**in United States v. Dennis Madden , Case No. 05 CR 784-1**

Produce all documents and things in your possession or control concerning the following list of
items as they relate to the property, income, or assets of the judgment debtor:

1.   Statements of account for the last 6 months for any account.

2.   Loans or credit made or extended to the judgment debtor, including, but not limited to,
     applications for loans or credit.

3.   Safety deposit boxes.

4.   Signature cards or other indicia of ownership for any account maintained by or for the judgment
     debtor, if the account is also owned by someone other than the judgment debtor.

6.   Any other documents which may contain information concerning the property, income, or
     assets of the judgment debtor.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

UNITED STATES OF AMERICA, )
)
    Plaintiff, )
)
    v. )
)
Dennis Madden , )
)
    Defendant, ) No. 05 CR 784-1
and )
)
NetBank, ) Judge Charles R. Norgle
)
  Third Party Citation Respondent. )

## ANSWER OF THIRD PARTY CITATION RESPONDENT

I, _____, the _____ of Respondent, _____, state
  (name)      (title)
under penalty of perjury as follows:

The Respondent is a _____ organized under the laws of the State of _____.
    (partnership, corporation)

On _____, Respondent was served with the Third Party Citation to Discover Assets. With respect to
the judgment debtor, Dennis Madden , on the day Respondent was served with the Citation, Respondent had in
its possession or control the following property of the judgment debtor:

1. **Financial Accounts**

**Account 1**

Account
type:_____

Account No.:
_____

Amount:
$_____

Amount withheld:
$_____

**Account 2**

Account
type:_____

Account
No.:_____

Amount:
$_____

Amount withheld:
$_____

| **Account 3** | **Account 4** |
|---|---|
| Account | Account |
| type:_____ | type:_____ |
| Account | Account |
| No.:_____ | No.:_____ |
| Amount: | Amount: |
| $_____ | $_____ |
| Amount withheld: | Amount withheld: |
| $_____ | $_____ |

2.    **Safety Deposit Box**

Box No.: _____

Amount: $_____

Owners other than the judgment debtor:_____

_____

3.  Detail other personal property in the respondent's possession or control:

_____.

4.  Are there prior garnishments or other court-ordered withholdings which are presently in effect including, but not limited to child support and alimony?
Yes ___ No ___

If the answer is yes, describe below.

_____.

5.  Does the Respondent have custody, control or possession of any property, other than accounts, safety deposit boxes or other personal property, now owed or to be paid in the future, in which the judgment debtor has an interest?
Yes ___ No ___

If yes, please describe below (continue on additional sheets if necessary):

_____.

6. Check and complete the applicable line below if you deny that you hold property subject to this Citation to Discover Assets.

_____ The Respondent has the following objections, defenses, or set-offs to the United States' right to apply Respondent's indebtedness to defendant to the United States' claim:

_____

_____ On the date the Respondent was served with the Citation to Discover Assets, Respondent was not indebted or under liability to the defendant, and/or did not have in its possession or control any assets, income or other property belonging to Respondent, or in which the defendant has an interest.

7. The original Answer must be filed with the Clerk of the Court for the Northern District of Illinois located at 219 South Dearborn Street, 20th Floor, Chicago, Illinois 60604. The Clerk does not charge a fee for filing the Answer. You may file the Answer in person or by mailing the Answer to the Clerk by first-class mail.

8. The Respondent filed the answer with the Clerk and mailed a copy of this Answer by first-class mail to:

(A)  the defendant, Dennis Madden , at _____

_____; and

(B)  the attorney for the United States, Melissa A. Childs, Assistant United States Attorney, 219 South Dearborn Street, 5th Floor, Chicago, Illinois 60604 - Attention: Financial Litigation Unit.

## VERIFICATION

Pursuant to 28 U.S.C. § 1746, I verify under penalty of perjury that the foregoing is true and correct.

Executed this _____ day of _____, 20___.

_____

(Please print and sign name.)