UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) |
| Dennis Madden, | ) ) |
| Defendant, | )  No. 05 CR 784-1 |
| and | ) ) |
| NetBank, | )  Judge Charles R. Norgle ) |
| Third Party Citation Respondent. | ) |

FILED
FEB 2 2 2006  NF
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

## ANSWER OF THIRD PARTY CITATION RESPONDENT

I, __Kenya Robinson__, the __Risk Mitigation Analyst__ of Respondent, __NetBank__, state
       (name)                                    (title)
under penalty of perjury as follows:

The Respondent is a __Company__ organized under the laws of the State of __Georgia__.
                    (partnership, corporation)

On __2-16-2006__, Respondent was served with the Third Party Citation to Discover Assets. With respect to the judgment debtor, Dennis Madden, on the day Respondent was served with the Citation, Respondent had in its possession or control the following property of the judgment debtor:

1.  **Financial Accounts**

**Account 1**

Account type: __Checking__

Account No.: __13002552219__

Amount: $ __6,229.68__

Amount withheld: $ __6,229.68__

**Account 2**

Account type: __N/A__

Account No.: _____

Amount: $ _____

Amount withheld: $ _____

**Account 3**

Account type: ___N/A_____

Account No.: _____

Amount: $_____

Amount withheld: $_____

**Account 4**

Account type: ___N/A_____

Account No.: _____

Amount: $_____

Amount withheld: $_____

2. **Safety Deposit Box**

   Box No.: ___N/A_____

   Amount: $_____

   Owners other than the judgment debtor: _____

   _____

3. Detail other personal property in the respondent's possession or control:

   ___N/A_____.

4. Are there prior garnishments or other court-ordered withholdings which are presently in effect including, but not limited to child support and alimony?
   Yes ___ No ✓

If the answer is yes, describe below.

_____.

5. Does the Respondent have custody, control or possession of any property, other than accounts, safety deposit boxes or other personal property, now owed or to be paid in the future, in which the judgment debtor has an interest?
   Yes ___ No ✓

If yes, please describe below (continue on additional sheets if necessary):

_____

6. Check and complete the applicable line below if you deny that you hold property subject to this Citation to Discover Assets.

____ The Respondent has the following objections, defenses, or set-offs to the United States' right to apply Respondent's indebtedness to defendant to the United States' claim:

_____

____ On the date the Respondent was served with the Citation to Discover Assets, Respondent was not indebted or under liability to the defendant, and/or did not have in its possession or control any assets, income or other property belonging to Respondent, or in which the defendant has an interest.

7. The original Answer must be filed with the Clerk of the Court for the Northern District of Illinois located at 219 South Dearborn Street, 20th Floor, Chicago, Illinois 60604. The Clerk does not charge a fee for filing the Answer. You may file the Answer in person or by mailing the Answer to the Clerk by first-class mail.

8. The Respondent filed the answer with the Clerk and mailed a copy of this Answer by first-class mail to:

(A) the defendant, Dennis Madden, at _1 Columbine Lane_ _Riverwoods, IL 60015_ ; and

(B) the attorney for the United States, Melissa A. Childs, Assistant United States Attorney, 219 South Dearborn Street, 5th Floor, Chicago, Illinois 60604 - Attention: Financial Litigation Unit.

**VERIFICATION**

Pursuant to 28 U.S.C. § 1746, I verify under penalty of perjury that the foregoing is true and correct.

Executed this _17_ day of _February_, 20_06_.

_Kenya N Robinson_ (signature)

Kenya N. Robinson
(Please print and sign name.)

# NetBank®

member FDIC   www.netbank.com

## Signature Card
By the signature below, I/we agree to the Terms and Conditions of your Deposit Account, Electronic Funds Transfer disclosure, Funds Availability Disclosure, Truth in Savings Disclosure, fee Services and Fees Schedule and the ATM Disclosure and acknowledge receipt of same.

Under penalty of perjury, the applicant and any co-applicant each certifies that (1) the Tax Payer ID printed below for me is my correct taxpayer identification number or social security number; (2) I am not subject to backup withholding because (either) I have not been notified by the IRS that I am subject to backup withholding as a result of failure to report all interest or dividends, or the IRS has notified me that I am no longer subject to backup withholding; and (3) I am a U.S. person (including a U.S. resident alien).

The Internal Revenue Service (IRS) does not require your consent to any provision of this document other than the certification required to avoid backup withholding.

**Account Title(check one)**
- ☒ Individual
- ☐ Joint-With-Survivorship
- ☐ Trust _____ (Name) _____ (Date of Agreement)
- ☐ Separate Agreement
- ☐ Beneficiaries / Trustee named herein (in trust for)
- ☐ Power of Attorney
- ☐ Custodial Account _____ (Name)
- ☐ Pay on Death

Applicant's Tax Payer ID: 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

Co-Applicant's Tax Payer ID: _____

Beneficiary: Lora Conly _____ (Name) Relationship: Daughter
Beneficiary: Todd Knutson _____ (Name) Relationship: Son

Applicant Signature: [signature]   Date: 8/17/01
Co-Applicant Signature: _____   Date: _____

Dennis H Madden
8445 Newland Dr
Arvada, CO 80003

**PLEASE RETURN COMPLETED SIGNATURE CARD TO: NETBANK, P.O. BOX 548, UNIONTOWN, PA 15401**

## eStatements and Notices for NetValue Checking

**Select Document**

eStatements: (17 Unread)    August 19, 2005 (Unread)

eNotices: (1 Unread)    June 20, 2005 (Unread)

Printable Version | Text Version

```
                DENNIS H MADDEN                    STATEMENT PERIOD
                3 GOLF CENTER #190                 FROM      07/20/05
                HOFFMAN ESTATES, IL   60195        THRU      08/19/05
```

```
        YOU CAN ACCESS IMAGES OF YOUR CANCELLED CHECKS ONLINE. JUST LOG
        INTO YOUR ACCOUNT, CLICK ON THE ACCOUNT NAME/TYPE TO GO TO THE
        ACCOUNT DETAIL PAGE, THEN CLICK ON THE CHECK NUMBER. CHECK
        IMAGES WILL NOT BE INCLUDED IN STATEMENTS BEGINNING IN NOVEMBER.

        ------------------------------ NETVALUE CHECKING ------------------------------

        ACCOUNT NBR DD    13000255219       BEGINNING BALANCE    $6,994.16
        INTEREST RATE          .995%        DEPOSITS/CREDITS         $.00
        AVG BALANCE         $6,580.56       INTEREST PAID           $5.56
        YTD INTEREST           $38.16       CHECKS/DEBITS         $490.08-
        YTD WITHHOLDING          $.00       SERVICE CHARGES         $5.00-
                                            ENDING BALANCE       $6,504.64
                                            # DEPOSITS/CREDITS           1
                                            # CHECKS/DEBITS              4

                              DEPOSITS AND CREDITS

              DATE     DESCRIPTION              DEPOSITS      WITHDRAWALS

              08/19  CREDIT-INTEREST              5.56

                     TOTAL    ITEMS      1         $5.56         $.00

                              WITHDRAWALS AND DEBITS

              DATE     DESCRIPTION              DEPOSITS      WITHDRAWALS

              08/08  BILLPAY INACTIVITY FEE                       5.00
              08/08  JUNE STATEMENT FEE                           3.00
              08/08  WITHDRAWAL-ACH                             125.00
                     NORTH SHORE GAS -DRAFT

                     TOTAL    ITEMS      3          $.00       $133.00

                                CHECK REGISTER
```

```
CHECK#   DATE       AMOUNT   CHECK#   DATE       AMOUNT   CHECK#   DATE       AMOUNT
1132    07/20       362.08
```
* INDICATES NON-CONSECUTIVE CHECK NUMBER(S)

NETBANK, INC
11475 GREAT OAKS PKWY
SUITE 100
ALPHARETTA GA   30022

13000255219

```
DENNIS H MADDEN                              STATEMENT PERIOD
3 GOLF CENTER #190                           FROM     07/20/05
HOFFMAN ESTATES, IL  60195                   THRU     08/19/05
```

BALANCE SUMMARY

| DATE  | BALANCE  | DATE  | BALANCE  | DATE  | BALANCE  |
|-------|----------|-------|----------|-------|----------|
| 07-20 | 6,632.08 | 08-08 | 6,499.08 | 08-19 | 6,504.64 |

```
ANNUAL PERCENTAGE YIELD EARNED (APY-E)        1.00%
INTEREST EARNED THIS STATEMENT PERIOD         $5.56
```

## IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS

Telephone us at the number on the front of the statement or write to us as soon as you can if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than sixty (60) days after we sent you the FIRST statement on which the error or problem appeared.

1. Tell us your name and account number.
2. Describe the error or transfer you are unsure about and explain as clearly as you can why you believe there is an error or why you need more information.
3. Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error; so that you will have use of the money during the time it takes us to complete your investigation. **We will apply the same timeframes for business as for consumer electronic transfers. However no consumer protection laws or regulations will apply with respect to any business electronic transfers.**

For consumers, you may telephone us at **1-888-BKONWEB (256-6932)**, Fax at **770-343-6464** or write to us at **NetBank P.O. Box 105745, Atlanta, GA, 30348**.

## eStatements and Notices for NetValue Checking

**Select Document**

eStatements: (17 Unread)  September 19, 2005 ▼

eNotices: (1 Unread)  June 20, 2005 (Unread) ▼

N.S  13000255219

Printable Version | Text Version

```
        DENNIS H MADDEN                              STATEMENT PERIOD
        3 GOLF CENTER #190                      FROM      08/20/05
        HOFFMAN ESTATES, IL  60195              THRU      09/19/05
```

```
        YOU CAN ACCESS IMAGES OF YOUR CANCELLED CHECKS ONLINE. JUST LOG
        INTO YOUR ACCOUNT, CLICK ON THE ACCOUNT NAME/TYPE TO GO TO THE
        ACCOUNT DETAIL PAGE, THEN CLICK ON THE CHECK NUMBER. CHECK
        IMAGES WILL NOT BE INCLUDED IN STATEMENTS BEGINNING IN NOVEMBER.

        ------------------------------ NETVALUE CHECKING ------------------------------

        ACCOUNT NBR DD    13000255219        BEGINNING BALANCE      $6,504.64
        INTEREST RATE           .995%        DEPOSITS/CREDITS           $.00
        AVG BALANCE         $6,446.19        INTEREST PAID             $5.45
        YTD INTEREST           $43.61        CHECKS/DEBITS          $125.00-
        YTD WITHHOLDING          $.00        SERVICE CHARGES          $5.00-
                                             ENDING BALANCE         $6,380.09
                                             # DEPOSITS/CREDITS             1
                                             # CHECKS/DEBITS                2

                               DEPOSITS AND CREDITS

        DATE      DESCRIPTION                    DEPOSITS     WITHDRAWALS

        09/19  CREDIT-INTEREST                       5.45

               TOTAL    ITEMS      1               $5.45            $.00

                             WITHDRAWALS AND DEBITS

        DATE      DESCRIPTION                    DEPOSITS     WITHDRAWALS

        09/06  WITHDRAWAL-ACH                                       125.00
               NORTH SHORE GAS -DRAFT
        09/08  BILLPAY INACTIVITY FEE                                 5.00

               TOTAL    ITEMS      2                $.00         $130.00

                                   BALANCE SUMMARY
```

| DATE | BALANCE | DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|---|---|
| 09-06 | 6,379.64 | 09-08 | 6,374.64 | 09-19 | 6,380.09 |

NETBANK, FSB
11475 GREAT OAKS PKWY
SUITE 100
ALPHARETTA GA   30022

13000255219

DENNIS H MADDEN
3 GOLF CENTER #190
HOFFMAN ESTATES, IL   60195

STATEMENT PERIOD
FROM      08/20/05
THRU      09/19/05

ANNUAL PERCENTAGE YIELD EARNED (APY-E)           1.00%
INTEREST EARNED THIS STATEMENT PERIOD            $5.45

## IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS

Telephone us at the number on the front of the statement or write to us as soon as you can if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than sixty (60) days after we sent you the FIRST statement on which the error or problem appeared.

1. Tell us your name and account number.
2. Describe the error or transfer you are unsure about and explain as clearly as you can why you believe there is an error or why you need more information.
3. Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error; so that you will have use of the money during the time it takes us to complete your investigation. **We will apply the same timeframes for business as for consumer electronic transfers. However no consumer protection laws or regulations will apply with respect to any business electronic transfers.**

For consumers, you may telephone us at **1-888-BKONWEB (256-6932)**, Fax at **770-343-6464** or write to us at **NetBank P.O. Box 105745, Atlanta, GA, 30348.**

For business customers, you may telephone us at **1-877-4-NETBIZ (463-8249)**, Fax at **678-942-7900** or write to us at **P.O. Box 2368, Alpharetta, GA 30023-2368.**

## CHECKING OVERDRAFT PROTECTION INFORMATION
(Disregard if you do not have overdraft protection)

## eStatements and Notices for NetValue Checking

**Select Document**

eStatements: (17 Unread)  October 19, 2005

eNotices: (1 Unread)  June 20, 2005 (Unread)

Printable Version | Text Version

```
          DENNIS H MADDEN                    STATEMENT PERIOD
          1 COLUMBINE LN                     FROM      09/20/05
          RIVERWOODS, IL   60015-3546        THRU      10/19/05


          YOU CAN ACCESS IMAGES OF YOUR CANCELLED CHECKS ONLINE. JUST LOG
          INTO YOUR ACCOUNT, CLICK ON THE ACCOUNT NAME/TYPE TO GO TO THE
          ACCOUNT DETAIL PAGE, THEN CLICK ON THE CHECK NUMBER. CHECK
          IMAGES WILL NOT BE INCLUDED IN STATEMENTS BEGINNING IN NOVEMBER.

------------------------------- NETVALUE CHECKING -----------------------------

ACCOUNT NBR DD    13000255219           BEGINNING BALANCE     $6,380.09
INTEREST RATE          .995%            DEPOSITS/CREDITS          $.00
AVG BALANCE         $6,319.70           INTEREST PAID            $5.17
YTD INTEREST           $48.78           CHECKS/DEBITS          $125.00-
YTD WITHHOLDING          $.00           SERVICE CHARGES          $5.00-
                                        ENDING BALANCE        $6,255.26
                                        # DEPOSITS/CREDITS            1
                                        # CHECKS/DEBITS               2

                          DEPOSITS AND CREDITS

          DATE    DESCRIPTION              DEPOSITS     WITHDRAWALS

          10/19 CREDIT-INTEREST                5.17

                TOTAL    ITEMS     1          $5.17           $.00

                          WITHDRAWALS AND DEBITS

          DATE    DESCRIPTION              DEPOSITS     WITHDRAWALS

          10/06 WITHDRAWAL-ACH                              125.00
                NORTH SHORE GAS -DRAFT
          10/08 BILLPAY INACTIVITY FEE                        5.00

                TOTAL    ITEMS     2           $.00        $130.00

                              BALANCE SUMMARY
```

| DATE | BALANCE | DATE | BALANCE | DATE | BALANCE |
|------|---------|------|---------|------|---------|
| 10-06 | 6,255.09 | 10-08 | 6,250.09 | 10-19 | 6,255.26 |

```
NETBANK, FSB
11475 GREAT OAKS PKWY
SUITE 100
ALPHARETTA GA   30022
```

13000255219

```
DENNIS H MADDEN                         STATEMENT PERIOD
1 COLUMBINE LN                          FROM      09/20/05
RIVERWOODS, IL   60015-3546             THRU      10/19/05
```

```
ANNUAL PERCENTAGE YIELD EARNED (APY-E)            1.00%
INTEREST EARNED THIS STATEMENT PERIOD             $5.17
```

### IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS

Telephone us at the number on the front of the statement or write to us as soon as you can if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than sixty (60) days after we sent you the FIRST statement on which the error or problem appeared.

1. Tell us your name and account number.
2. Describe the error or transfer you are unsure about and explain as clearly as you can why you believe there is an error or why you need more information.
3. Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error; so that you will have use of the money during the time it takes us to complete your investigation. We will apply the same timeframes for **business as for consumer electronic transfers. However no consumer protection laws or regulations will apply with respect to any business electronic transfers.**

For consumers, you may telephone us at **1-888-BKONWEB (256-6932)**, Fax at **770-343-6464** or write to us at **NetBank P.O. Box 105745, Atlanta, GA, 30348**.

For business customers, you may telephone us at **1-877-4-NETBIZ (463-8249)**, Fax at **678-942-7900** or write to us at **P.O. Box 2368, Alpharetta, GA 30023-2368**.

### CHECKING OVERDRAFT PROTECTION INFORMATION
(Disregard if you do not have overdraft protection)

## eStatements and Notices for NetValue Checking

**Select Document**

eStatements: (17 Unread)  November 20, 2005

eNotices: (1 Unread)  June 20, 2005 (Unread)

Printable Version | Text Version

```
              DENNIS H MADDEN                        STATEMENT PERIOD
              1 COLUMBINE LN                         FROM    10/20/05
              RIVERWOODS, IL  60015-3546             THRU    11/20/05




     GET YOUR NEXT AUTO LOAN FROM NETBANK. NEW AUTO LOAN RATES AS LOW
     AS 5.09% APR (AS OF 10/14/05). WE OFFER LOANS FOR NEW AND USED
     VEHICLES, PURCHASES AND REFINANCES. PLUS, IF YOU HAVE A NETBANK
     AUTO LOAN, YOU AUTOMATICALLY EARN A HIGHER INTEREST RATE ON YOUR
     MONEY MARKET ACCOUNT.  QUESTIONS? CALL 1-866-234-2767 TODAY OR
     GO TO NETBANK.COM AND APPLY ONLINE NOW.

     ------------------------------ NETVALUE CHECKING ------------------------------

     ACCOUNT NBR DD    13000255219          BEGINNING BALANCE       $6,255.26
     INTEREST RATE           .995%          DEPOSITS/CREDITS          $105.33
     AVG BALANCE         $6,267.81          INTEREST PAID               $5.47
     YTD INTEREST           $54.25          CHECKS/DEBITS             $125.00-
     YTD WITHHOLDING         $.00           SERVICE CHARGES              $.00
                                            ENDING BALANCE          $6,241.06
                                            # DEPOSITS/CREDITS              2
                                            # CHECKS/DEBITS                 1

                             DEPOSITS AND CREDITS

          DATE     DESCRIPTION                   DEPOSITS     WITHDRAWALS

          10/28  DEPOSIT-                          105.33

          11/19  CREDIT-INTEREST                     5.47
                 EFF DATE 11-20-05

                 TOTAL   ITEMS     2              $110.80          $.00

                             WITHDRAWALS AND DEBITS

          DATE     DESCRIPTION                   DEPOSITS     WITHDRAWALS

          11/04  WITHDRAWAL-ACH                                    125.00
                 NORTH SHORE GAS -DRAFT
```

```
TOTAL    ITEMS      1                    $.00        $125.00
```

NETBANK, FSB
11475 GREAT OAKS PKWY
SUITE 100
ALPHARETTA GA   30022

13000255219

DENNIS H MADDEN                          STATEMENT PERIOD
1 COLUMBINE LN                           FROM     10/20/05
RIVERWOODS, IL   60015-3546              THRU     11/20/05

## BALANCE SUMMARY

| DATE  | BALANCE  | DATE  | BALANCE  | DATE  | BALANCE  |
|-------|----------|-------|----------|-------|----------|
| 10-28 | 6,360.59 | 11-04 | 6,235.59 | 11-19 | 6,241.06 |

ANNUAL PERCENTAGE YIELD EARNED (APY-E)        1.00%
INTEREST EARNED THIS STATEMENT PERIOD         $5.47

## IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS

Telephone us at the number on the front of the statement or write to us as soon as you can if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than sixty (60) days after we sent you the FIRST statement on which the error or problem appeared.

1. Tell us your name and account number.
2. Describe the error or transfer you are unsure about and explain as clearly as you can why you believe there is an error or why you need more information.
3. Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error; so that you will have use of the money during the time it takes us to complete your investigation. **We will apply the same timeframes for business as for consumer electronic transfers. However no consumer protection laws or regulations will apply with respect to any business electronic transfers.**

For consumers, you may telephone us at **1-888-BKONWEB (256-6932)**, Fax at **770-343-6464** or write to us at **NetBank P.O. Box 105745, Atlanta, GA, 30348.**

## eStatements and Notices for NetValue Checking

**Select Document**

eStatements: (17 Unread)   December 19, 2005 (Unread) ▼

eNotices: (1 Unread)   June 20, 2005 (Unread) ▼

---

Printable Version | Text Version

```
        DENNIS H MADDEN                              STATEMENT PERIOD
        1 COLUMBINE LN                               FROM      11/21/05
        RIVERWOODS, IL   60015-3546                  THRU      12/19/05




        GET YOUR NEXT AUTO LOAN FROM NETBANK. NEW AUTO LOAN RATES AS LOW
        AS 5.09% APR (AS OF 10/14/05). WE OFFER LOANS FOR NEW AND USED
        VEHICLES, PURCHASES AND REFINANCES. PLUS, IF YOU HAVE A NETBANK
        AUTO LOAN, YOU AUTOMATICALLY EARN A HIGHER INTEREST RATE ON YOUR
        MONEY MARKET ACCOUNT.  QUESTIONS? CALL 1-866-234-2767 TODAY OR
        GO TO NETBANK.COM AND APPLY ONLINE NOW.

    ------------------------------ NETVALUE CHECKING ------------------------------

 ACCOUNT NBR DD     13000255219          BEGINNING BALANCE      $6,241.06
 INTEREST RATE            .740%          DEPOSITS/CREDITS          $63.76
 AVG BALANCE          $6,187.35          INTEREST PAID              $4.29
 YTD INTEREST            $58.54          CHECKS/DEBITS            $125.00-
 YTD WITHHOLDING          $.00           SERVICE CHARGES           $10.00+
                                         ENDING BALANCE         $6,194.11
                                         # DEPOSITS/CREDITS             4
                                         # CHECKS/DEBITS                1

                          DEPOSITS AND CREDITS

        DATE     DESCRIPTION                DEPOSITS     WITHDRAWALS

        12/07 BILLPAY FEE REVERSAL              5.00
        12/07 BILLPAY FEE REVERSAL              5.00
        12/19 DEPOSIT-                         63.76

        12/19 CREDIT-INTEREST                   4.29

              TOTAL  ITEMS       4            $78.05          $.00

                          WITHDRAWALS AND DEBITS

        DATE     DESCRIPTION                DEPOSITS     WITHDRAWALS

        12/06 WITHDRAWAL-ACH                                  125.00
              NORTH SHORE GAS -DRAFT
```

```
          TOTAL     ITEMS         1                  $.00          $125.00
```

NETBANK, FSB
11475 GREAT OAKS PKWY
SUITE 100
ALPHARETTA GA  30022

13000255219

DENNIS H MADDEN                                 STATEMENT PERIOD
1 COLUMBINE LN                                  FROM     11/21/05
RIVERWOODS, IL   60015-3546                     THRU     12/19/05

BALANCE SUMMARY

| DATE  | BALANCE  | DATE  | BALANCE  | DATE  | BALANCE  |
|-------|----------|-------|----------|-------|----------|
| 12-06 | 6,116.06 | 12-07 | 6,126.06 | 12-19 | 6,194.11 |

ANNUAL PERCENTAGE YIELD EARNED (APY-E)          .88%
INTEREST EARNED THIS STATEMENT PERIOD           $4.29

### IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS

Telephone us at the number on the front of the statement or write to us as soon as you can if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than sixty (60) days after we sent you the FIRST statement on which the error or problem appeared.

1. Tell us your name and account number.
2. Describe the error or transfer you are unsure about and explain as clearly as you can why you believe there is an error or why you need more information.
3. Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error; so that you will have use of the money during the time it takes us to complete your investigation. **We will apply the same timeframes for business as for consumer electronic transfers. However no consumer protection laws or regulations will apply with respect to any business electronic transfers.**

For consumers, you may telephone us at **1-888-BKONWEB (256-6932)**. Fax at **770-343-6464** or write to us at **NetBank P.O. Box 105745, Atlanta, GA, 30348.**

## eStatements and Notices for NetValue Checking

**Select Document**

eStatements: (17 Unread)   January 19, 2006 ▼

eNotices: (1 Unread)   June 20, 2005 (Unread) ▼

---

Printable Version | Text Version

```
         DENNIS H MADDEN                        STATEMENT PERIOD
         1 COLUMBINE LN                         FROM      12/20/05
         RIVERWOODS, IL  60015-3546             THRU      01/19/06




         GET YOUR NEXT AUTO LOAN FROM NETBANK. NEW AUTO LOAN RATES AS LOW
         AS 5.09% APR (AS OF 10/14/05). WE OFFER LOANS FOR NEW AND USED
         VEHICLES, PURCHASES AND REFINANCES. PLUS, IF YOU HAVE A NETBANK
         AUTO LOAN, YOU AUTOMATICALLY EARN A HIGHER INTEREST RATE ON YOUR
         MONEY MARKET ACCOUNT.  QUESTIONS? CALL 1-866-234-2767 TODAY OR
         GO TO NETBANK.COM AND APPLY ONLINE NOW.

         ---------------------------- NETVALUE CHECKING ----------------------------

         ACCOUNT NBR DD   13000255219         BEGINNING BALANCE    $6,194.11
         INTEREST RATE          .740%         DEPOSITS/CREDITS         $.00
         AVG BALANCE         $6,133.65        INTEREST PAID           $3.86
         YTD INTEREST            $3.86        CHECKS/DEBITS         $124.89-
         YTD WITHHOLDING          $.00        SERVICE CHARGES          $.00
                                              ENDING BALANCE      $6,073.08
                                              # DEPOSITS/CREDITS          1
                                              # CHECKS/DEBITS             1
                                              2005 INTEREST          $58.54
                                              2005 WITHHOLDING         $.00

                               DEPOSITS AND CREDITS

            DATE     DESCRIPTION                   DEPOSITS    WITHDRAWALS

            01/19 CREDIT-INTEREST                      3.86

                  TOTAL    ITEMS     1                $3.86          $.00

                              WITHDRAWALS AND DEBITS

            DATE     DESCRIPTION                   DEPOSITS    WITHDRAWALS

            01/05 WITHDRAWAL-ACH                                     124.89
                  NORTH SHORE GAS -DRAFT

                  TOTAL    ITEMS     1                 $.00       $124.89
```

```
NETBANK, FSB
1015 WINDWARD RIDGE PKWY
ALPHARETTA GA   30005
```

13000255219

```
DENNIS H MADDEN                    STATEMENT PERIOD
1 COLUMBINE LN                     FROM      12/20/05
RIVERWOODS, IL   60015-3546        THRU      01/19/06
```

## BALANCE SUMMARY

| DATE  | BALANCE  | DATE  | BALANCE  | DATE | BALANCE |
|-------|----------|-------|----------|------|---------|
| 01-05 | 6,069.22 | 01-19 | 6,073.08 |      |         |

ANNUAL PERCENTAGE YIELD EARNED (APY-E)        .74%
INTEREST EARNED THIS STATEMENT PERIOD         $3.86

### IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS

Telephone us at the number on the front of the statement or write to us as soon as you can if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than sixty (60) days after we sent you the FIRST statement on which the error or problem appeared.

1. Tell us your name and account number.
2. Describe the error or transfer you are unsure about and explain as clearly as you can why you believe there is an error or why you need more information.
3. Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error; so that you will have use of the money during the time it takes us to complete your investigation. **We will apply the same timeframes for business as for consumer electronic transfers. However no consumer protection laws or regulations will apply with respect to any business electronic transfers.**

For consumers, you may telephone us at **1-888-BKONWEB (256-6932)**, Fax at **770-343-6464** or write to us at **NetBank P.O. Box 105745, Atlanta, GA, 30348**.



member FDIC   NASDAQ:NTBK

NetBank Card Services
1015 Windward Ridge Parkway
Alpharetta, GA 30005
Phone: 888-256-6932; Fax: 678- 366-1929

Tel 770/343-6006

# CONFIDENTIAL

Notice: This fax contains confidential information intended only for the use of the addressee(s) named below. If you have received this fax in error, please notify us at the above number. Misuse of this communication is *STRICTLY PROHIBITED*.

| | |
|---|---|
| Date: | 2-17-2006 |
| To: | Dennis Madden |
| Company: | |
| Fax Number: | (847) 919-9111 |
| Number of Pages: (including this page) | 3 |
| From: | Kenya Robinson |
| Phone: | |