UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | No. 05 CR 784-1 |
| v. | ) | |
| | ) | |
| DENNIS MADDEN, | ) | Judge Norgle |
| | ) | |

## RELEASE OF JUDGMENT LIEN

Judgment was against the defendant, in the above-entitled cause in the United States District Court, for the Northern District of Illinois under case number 05 CR 784-1. The judgment in the amount of $10,200, having been paid or otherwise satisfied is hereby released. The Clerk of the United States District Court is hereby authorized and empowered to satisfy said judgment of record. The lien recorded at the Lake County Recorder's Office as document number 5948047, on February 16, 2006 is hereby released.

Respectfully submitted,

PATRICK J. FITZGERALD
United States Attorney

By: s/ Melissa A. Childs
  MELISSA A. CHILDS
  Assistant United States Attorney
  219 South Dearborn Street
  Chicago, Illinois  60604
  (312) 353-5331

**CERTIFICATE OF SERVICE**

      The undersigned Assistant United States Attorney hereby certifies that in accordance with FED. R. CIV. P. 5, LR5.5, and the General Order on Electronic Case Filing (ECF), the following documents:

      RELEASE OF JUDGMENT LIEN

were served pursuant to the district court's ECF system as to ECF filers, if any, and were sent by first-class mail on March 30, 2006, to the following non-ECF filers:

| | |
|---|---|
| Dennis Madden<br>1 Columbine Lane<br>Riverwoods, Illinois 60015 | Scott J. Frankel, Esq.<br>77 West Washington Street<br>Suite 1720<br>Chicago, IL 60602 |

                                        By: s/ Melissa A. Childs
                                          MELISSA A. CHILDS
                                          Assistant United States Attorney
                                          219 South Dearborn Street
                                          Chicago, Illinois  60604
                                          (312) 353-5331