*United States District Court for the Northern District of Illinois*

05 CR 784

Case Number: 05 CR 784-1 Assigned/Issued By: D. Dowdak

---

**FEE INFORMATION**

*Amount Due:* ☐ $250.00 ☐ $39.00 ☐ $5.00

☐ IFP ☐ No Fee ☐ Other _____

☐ $255.00

No. Service copies _____ Date: _____
*(For use by Fiscal Department Only)*

Amount Paid: _____ Receipt #: _____

Date Payment Rec'd: _____ Fiscal Clerk: _____

---

**ISSUANCES**

☐ Summons ☐ Alias Summons

☐ Third Party Summons ☐ Lis Pendens

☐ Non Wage Garnishment Summons ☐ Abstract of Judgment

☐ Wage-Deduction Garnishment Summons

☒ Citation to Discover Assets (Third Party) (name of victim, who it's against and $ amount)

☐ Writ _____
 (Type of Writ)

2 Original and 2 copies on 2-9-06 / 2-7-06 as to Citibank, NetBank
 (Date)

---

C:\wpwin80\docket\feeinfo.frm 03/23/05