UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 05 CR 784-1 |
| | ) | Judge Charles R. Norgle, Sr. |
| DENNIS MADDEN | ) | |
| Defendant. | ) | |

**UNOPPOSED MOTION FOR TRAVEL OUTSIDE UNITED STATES**

The defendant, Dennis Madden, moves this Court to permit him to travel outside the United States. In support thereof, the following is stated:

1. On January 18, 2006, Dennis Madden was sentenced to a term of imprisonment of one-year and one day.

2. Defendant served his time and is currently on mandatory supervised release. He is in complete compliance.

3. Defendant and his wife, Diane Weigle, whose supervised release is currently pending before Judge Pallmeyer, wish to travel to Duesseldorf, Germany from August 23 through September 17. Ms. Weigle and Mr. Madden's probation officer Debra Bartelt, has no objection to this travel request.

4. On July 20, 2007, counsel spoke with Assistant United States Attorney Patrick King, and he stated that has no objection to this request.

WHEREFORE, it is respectfully requested that the foregoing motion be granted.

                                          Respectfully submitted,

                                          /s/ Scott J. Frankel
                                          His Attorney

Scott J. Frankel
77 W. Washington #1720
Chicago, Illinois 60602
(312) 759-9600