UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No.  05 CR 784-1 |
| | ) | Judge Charles R. Norgle, Sr. |
| DENNIS MADDEN | ) | |
| Defendant. | ) | |

**MOTION FOR EARLY TERMINATION OF
SUPERVISED RELEASE**

The defendant, Dennis Madden, moves this Court for early termination of supervised release.  In support thereof, the following is stated:

1.      On January 18, 2006, Dennis Madden was sentenced to a term of imprisonment of one-year and one day.

2.      Defendant is currently on mandatory supervised release.  He is in complete compliance and has completed approximately one-half of the mandatory supervised release.

3..      Defendant's probation officer, Deborah Bartelt has no objection to the early termination of supervised release.

WHEREFORE, it is respectfully requested that the foregoing motion be granted.

Respectfully submitted,

/s/ Scott J. Frankel
Her Attorney

Scott J. Frankel
77 W. Washington #1720
Chicago, Illinois 60602
(312) 759-9600

1